IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| ROSEMARY A. MCLAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-06092-CV-RK |
| | ) |
| SERVE LINK HOME CARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On November 27, 2017, the parties filed a Joint Stipulation of Dismissal which states that the parties stipulate to the voluntary dismissal of the action with prejudice. (Doc. 20.) The Court held a hearing on December 6, 2017, (doc. 23) to address its concerns with dismissing Plaintiff's Fair Labor Standards Act ("FLSA") claim with prejudice without court approval of settlement. *See Blevins v. Corp. Bus. Sys.*, 2014 U.S. Dist. LEXIS 2477, at *5 (W.D. Mo. Jan. 9, 2014). At the hearing, the parties agreed to dismiss the FLSA claim without prejudice. Accordingly, this action is DISMISSED with prejudice as to all claims except the FLSA claim which is dismissed without prejudice, and Plaintiff's motion to certify class (doc. 5) is DENIED as moot.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 6, 2017